FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2010
CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. NELSON,<br><br>　　　Petitioner,<br><br>　v.<br><br>TERESER A. BANKS, et al.,<br><br>　　　Respondents. | Case No. CV 10-4398 PA (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

DATED: June 22, 2010

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 23 2010
CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　DEPUTY